1  PETER D. KEISLER
   Assistant Attorney General
2  MICHAEL F. HERTZ
   LAURENCE J. FREEDMAN
3  DIANA J. YOUNTS (CA Bar No. 161298)
   JOHN F. HENEBERY
4  LOUIS J. VIRELLI III
   U.S. Department of Justice
5  P.O. Box 261; Ben Franklin Station
   Washington, D.C. 20044
6  Telephone: (202) 305-8586
   Facsimile: (202) 307-3852
7
8  Attorneys for the United States of America

9  LATHAM & WATKINS LLP
     David J. Schindler (Cal. Bar No. 130490)
10    Susan S. Azad (Cal. Bar No. 145471)
      Kathryn M. Davis (Cal. Bar No. 199494)
11    Gregory S. Shea (Cal. Bar No. 222669)
   633 West Fifth Street, Suite 4000
12 Los Angeles, California 90071-2007
   Telephone: (213) 485-1234
13 Facsimile: (213) 891-8763

14 Attorneys for Defendants
   TENET HEALTHCARE CORP., et al.
15 **Additional counsel continued on next page**

16            UNITED STATES DISTRICT COURT
17            CENTRAL DISTRICT OF CALIFORNIA
18                  Western Division
19 UNITED STATES OF AMERICA,          Case No.: CV-04-857-GAF (JTLx)
20          Plaintiff,               **STIPULATION AND [PROPOSED]**
                                     **ORDER CONTINUING DATE ON**
21 v.                                **MOTION TO CERTIFY DECISION**
                                     **FOR INTERLOCUTORY APPEAL**
22 TENET HEALTHCARE CORP., et        **PURSUANT TO 28 U.S.C. § 1292(b)**
   al.,
23                                   OLD DATE:  December 20, 2004
        Defendants.                  NEW DATE:  January 10, 2005
24                                   TIME:      9:30 a.m.
25                                   CTRM:      Hon. Gary A. Feess
26
27
28

FILED
CLERK, U S DISTRICT COURT
DEC - 1 2004
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

DOCKETED ON CM
DEC 2 - 2004

011

20

1  DEBRA W. YANG
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   GARY PLESSMAN
4  Assistant United States Attorney
   Chief, Civil Fraud Section
5  DAVID K. BARRETT (CA Bar No. 149982)
   Assistant United States Attorney
6  Room 7516, Federal Building
   300 North Los Angeles Street
7  Los Angeles, California  90012
   Telephone:  (213) 894-3986
8  Facsimile:  (213) 894-2380

9  Attorneys for the United States of America

10 LATHAM & WATKINS LLP
     Roger S. Goldman (D.C. Bar No. 333294)
11 555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004
12 Telephone:  (202) 637-2200
   Facsimile:  (202) 637-2201
13
   Attorneys for Defendants
14 TENET HEALTHCARE CORP., *et al.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS
ATTORNEYS AT LAW
LOS ANGELES

LA\1354310.1

## **Recitals**

1.      Tenet Healthcare Corp., *et al.* ("Tenet") filed a Motion to Certify Decision for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) on November 24, 2004.  The Motion set a hearing date for December 20, 2004.

2.      The United States and Tenet now request that the hearing on the Motion to Certify Decision for Interlocutory Appeal be continued to January 10, 2005 at 9:30 a.m. or as soon thereafter as counsel may be heard.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## Stipulation

Based on the foregoing, it is hereby stipulated, subject to approval of this Court, that (1) hearing on the Motion to Certify Decision for Interlocutory Appeal ("Motion") shall take place on January 10, 2005 at 9:30 a.m. in the courtroom of the Honorable Gary A. Feess; (2) any opposition to the Motion shall be filed and served via facsimile transmission and overnight courier on or before December 27, 2004; and (3) any reply to the opposition shall be filed and served via facsimile transmission and overnight courier on or before January 3, 2005.

DATED:    November 29, 2004

LATHAM & WATKINS LLP
David J. Schindler
Roger S. Goldman
Susan S. Azad
Kathryn M. Davis
Gregory S. Shea

By: _____
GREGORY S. SHEA
Attorneys for Defendants

DATED:    November 29, 2004

PETER D. KEISLER
Assistant Attorney General
MICHAEL F. HERTZ
LAURENCE J. FREEDMAN
DIANA J. YOUNTS
JOHN F. HENEBERY
LOUIS J. VIRELLI III
Attorneys, Civil Division
U.S. Department of Justice

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GARY PLESSMAN
Assistant United States Attorney
Chief, Civil Fraud Section
DAVID K. BARRETT
Assistant United States Attorney

IT IS SO ORDERED

Dated _____

_____
United States District Judge

By: _____
DIANA J. YOUNTS

1

## <u>ORDER</u>

2     IT IS SO ORDERED:

3

4   DATED: _____  Honorable Gary A. Feess

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1354310.1

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007.

On **November 29, 2004**, I served the following document described as:

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE ON MOTION TO CERTIFY DECISION FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Diana Younts, Assistant Attorney General
U.S. Department of Justice
601 D Street, NW
Room 6538
Washington, D.C. 20530

David Barrett, Assistant U.S. Attorney
Office of the U.S. Attorney
300 North Los Angeles Street
Room 7516
Los Angeles, CA 90012

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 29, 2004**, at Los Angeles, California.

Susan M. Winchester

LA\1354459.1