# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __CV04-857-GAF__        Date __2-8-05__

Title: __USA v. Tenet__

Present: The Honorable __GARY ALLEN FEESS__

__M Morris__                __N/P__
Deputy Clerk             Court Reporter / Recorder        Tape No.

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
__N/P__                                  __N/P__

=====================================================================

Proceedings:   ☐ In Court    ☑ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☑ Case should have been closed on entry dated __4-13-04__.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____

DOCKETED ON CM
FEB 10 2005
BY BG        010

Initials of Preparer __CM__

CV-74 (08/97)            CIVIL MINUTES -REOPENING/CLOSING

23